```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|                          |   |                              |
|--------------------------|---|------------------------------|
| SHAWN ARCHIE,            | : |                              |
|         Plaintiff,       | : | Civ. No. 20-7649 (NLH) (KMW) |
|     v.                   | : | **MEMORANDUM OPINION & ORDER** |
| RICHARD T. SMITH, et al.,| : |                              |
|         Defendants.      | : |                              |

APPEARANCE:

Shawn Archie
974313
Southern State Correctional Facility
4295 Route 47
Delmont, NJ 08314

<u>HILLMAN</u>, District Judge

WHEREAS, Plaintiff Shawn Archie filed a complaint under 42 U.S.C. § 1983, <u>see</u> ECF No. 1; and

WHEREAS, the Court dismissed the complaint without prejudice on November 25, 2020, ECF No. 14; and

WHEREAS, the Clerk docketed documents in this action that appear to be a separate civil rights complaint, ECF No. 19,

THEREFORE, IT IS on this <u>  22nd  </u> day of <u>January</u>, 2021

ORDERED that the Clerk shall create a new civil rights action and filed the documents presently docketed at Docket No. 19 in that case as a complaint; and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.

At Camden, New Jersey

                                         s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.