```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAWN ARCHIE, SR., | |
| Plaintiff, | No. 20-cv-7649 (NLH)(AMD) |
| v. | MEMORANDUM OPINION |
| DR. ALAN DIAS, et al., | |
| Defendants. | |

IT APPEARING THAT:

1. Plaintiff Shawn Archie, Sr. filed an amended complaint under 42 U.S.C. § 1983. ECF No. 27.

2. Magistrate Judge Donio issued a scheduling order on December 16, 2022. ECF No. 45.

3. The copy of the scheduling order that was sent to Plaintiff at his address of record was returned as undeliverable on January 26, 2023. ECF No. 46. The return sticker stated "Return to Sender. Attempted – Not Known. Unable to Forward." Id. The Clerk's Office resent the mail to Plaintiff's address of record. Id.

4. The second attempt was returned to the Court as undeliverable on February 8, 2023. ECF No. 47. The return sticker stated "Return to Sender. Attempted – Not Known. Unable to Forward." Id.

1

     5.    Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  <u>See</u> L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

     6.    The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

     7.    An appropriate order follows.

Dated: <u>February 10, 2023</u>       <u>s/ Noel L. Hillman</u>
At Camden, New Jersey         NOEL L. HILLMAN, U.S.D.J.